# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | KEVIN GLEN BROWN |
| **Case Number:** | 2:09-bk-08558-GBN   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 08, 2010 11:00 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK.(FR. 03-09)

**R / M #:**   26 / 0

## Appearances:

TRUCLY D. PHAM, ATTORNEY FOR KEVIN GLEN BROWN (T)
DARYL J. DORSEY, ATTORNEY FOR U.S. BANK

## Proceedings:

MS. PHAM ADVISES THAT THE MORTGAGE PAYMENT WILL NOT BE MADE AND THAT THE CREDITOR CAN UPLOAD AN ORDER.
THE DEBTOR WILL SURRENDER THE PROPERTY.

THE COURT:  AN ORDER WILL BE SIGNED.